UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

JOHN STATEN, ETANO

Plaintiff(s)

Index # 08 CIV 6118 (KOELTL)

- against -

Purchased July 3, 2008

KLS ASSOCIATES, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFF CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 11, 2008 at 11:10 AM at

737 YONKERS AVENUE
YONKERS, NY10704

deponent served the within SUMMONS AND CLASS AND COLLECTIVE ACTION COMPLAINT on KLS ASSOCIATES, INC. therein named,

CORPORATION a DOMESTIC corporation by delivering thereat a true copy of each to HERMAN BANKS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND CLASS AND COLLECTIVE ACTION COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 62 | 5'11 | 170 |

GLASSES, MUSTACHE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 18, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6158760
Qualified in New York County
Expires December 4, 2010

**JEFF CAMPOLO**

Invoice #: 465685

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728