```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19-04-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN STATEN,
                          Plaintiff(s),

          -against-

KLS ASSOCIATED, INC., et al.,
                          Defendant(s).
------------------------------------------------------X

08 civ 6118 (JGK)

**ORDER**

       A conference in this action was scheduled for **September 3, 2008**, in which the defendants were not present.

       The conference is adjourned to **Wednesday, September 17, 2008 at 4:30pm.** If the defendants fail to appear at the conference on **September 17, 2008**, the plaintiff may move for a default judgment against the defendants, a default judgment may be entered against them, and the defendants will have no trial.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 3, 2008